| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>Elizabeth A. Schneider, SBN 154471<br>3787 University Avenue<br>Riverside, CA  92501-1749<br>(951) 826-8000   FAX (951) 826-8090 | **FILED & ENTERED**<br><br>**OCT 25 2017**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY gooch     DEPUTY CLERK |
| ☐ *Debtor appearing without attorney*<br>☐ *Attorney for:*<br>☒ *Chapter 13 trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>CARLENE ANNQUIENETTE HAYES,<br><br>Debtor. | CASE NO.: 6:17-bk-13740-WJ<br><br>CHAPTER: 13<br><br>**ORDER ON DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br><br>Hearing:<br>Date:   October 18, 2017<br>Time:   2:00 p.m.<br>Crtrm.: 304 |

On October 18, 2017 at 2:00 p.m., the Court held a hearing regarding the motion of the debtor to modify her chapter 13 plan or suspend plan payments filed on September 13, 2017 as docket number 27.  All appearances were noted on the record.  For the reasons stated on the record, the Court granted the motion consistent with the comments of the trustee filed on September 14, 2017 as docket number 29.

Therefore, the motion is hereby granted to the following extent:  starting October 2017, the plan payment is decreased from $4,342 to $2,051; the percentage to unsecured creditors is increased from 90% to 100%; all other plan terms remain the same.  Since the debtor is paying less than all of her projected disposable income into the plan, all plan modification(s) must pay at least 100% to the unsecured creditors and there shall be no plan modifications to pay less than 100% to the unsecured creditors without first accounting for all excess disposable income and tax refunds not paid into the plan.

### ###

Date: October 25, 2017

*Wayne Johnson*
Wayne Johnson
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                    Page 1                    **F 3015-1.14.ORDER.CH13.GENRL**